IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:17CR297-1 |
| JASON MICHAEL HANDY | : |

The United States Attorney charges:

## COUNT ONE

From in or about November 2009, continuing up to and including in or about August 2012, the exact dates unknown, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, JASON MICHAEL HANDY did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with an offense, to wit, indecent liberties with a child (N.C.G.S. § 14-202.1(a)(1)) under North Carolina state law; all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

JASON MICHAEL HANDY committed the felony offense involving a minor charged in Count One of this Indictment at a time JASON MICHAEL

HANDY was required to register as a sex offender under the law of the United States; in violation of Title 18, United States Code, Section 2260A.

## COUNT THREE

On or about October 7, 2014, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, JASON MICHAEL HANDY, having previously been convicted of a state offense relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, did knowingly possess material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and which was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged above, the defendant, JASON MICHAEL HANDY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Sections 2252A or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or

2

received in violation of Chapter 110 of the United States Code, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including but not limited to the following items that were obtained from defendant on October 16, 2014:

    a.    One iPad 4.

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

DATED: August 10, 2017

SANDRA J. HAIRSTON
Acting United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney

3