IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:17CR297-1 |
| | : | |
| v. | : | |
| | : | |
| JASON MICHAEL HANDY | : | REDACTED |

## FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra Hairston, Acting United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

Jason Michael HANDY grew up in North Carolina in the Triad area. As an adult, HANDY moved to Los Angeles, California and was employed by Nickelodeon. On April 12, 2003, HANDY was arrested by the Los Angeles Police Department for Lewd Acts with a Child Under 14.

On October 3, 2003, the United States Attorney for the Central District of California filed an Information charging HANDY with possession of child pornography on and before February 10, 2003. HANDY pled guilty to the Information on January 23, 2004 and was sentenced to 27 months imprisonment followed by three years of supervised release.

On December 3, 2003, the District Attorney for the County of Los Angeles filed a five count Information, each count involving the sexual exploitation of children. On November 29, 2004, HANDY pled guilty to the following three counts:

- Lewd Act Upon a Child occurring on and between June 1, 2000 and July 1, 2000.

- Sending Harmful Matter to a Minor on and between March 4, 2002 and April 4, 2002.

- Sexual Exploitation of a Child on or about September 4, 2002.

<u>Return to North Carolina</u>:

HANDY began his term of supervised release in April 2009 and registered as a sex offender with the Guilford County Sheriff's Office (GCSO) on April 28, 2009.

When HANDY moved back to North Carolina, Minor-2's father was the                at                    Church in                North Carolina. HANDY expressed a desire to join the church and was permitted to do so. HANDY subsequently built significant trust among the church congregation.

Minor-1's parents initially met HANDY at                    Church in 2009. They knew he was a registered sex offender, however HANDY falsely claimed that his offense arose from his involvement with a 16 or 17 year old

2

girl when he was in his twenties.

Minor-3 has two younger siblings, Minor-4 and Minor-5. Minor-3's parents initially met HANDY through the                    Church's band in 2011. Over the years their relationship with HANDY became more established. In 2013, HANDY informed Minor-3's parents that, when he was in his twenties, he had an online relationship with a girl who was sixteen and that this conduct resulted in a criminal conviction.

HANDY completed his term of supervised release on April 22, 2012.

<u>Minor-1 & Initial Report to Law Enforcement</u>:

On October 5, 2014, Minor-1 informed his father that HANDY




Minor-1's parents immediately contacted law enforcement and GCSO Deputy G.R. Tedder responded to Minor-1's home in                    North Carolina.

3

Following the forensic interview, GCSO Detective Gene Austin arrested HANDY. HANDY was charged with three counts of Indecent Liberties with a Minor and two violations of North Carolina Sex Offender Registration Law.

On October 8, 2014, FCSO Detective Vest spoke with Minor-1's parents about

4

<u>Minor-2</u>:

Minor-2's parents made a report to the Forsyth County Sheriff's Office (FCSO) on October 6, 2014. Minor-2's mother also called HANDY and "gave him a piece of her mind." HANDY responded, "kids are involved, you know I cannot talk about it." HANDY then called Minor-2's father and denied the allegations.

FCSO Deputy D.A. Deweese immediately responded to Minor-2's home in                    North  Carolina.

<u>Minor-3, Minor-4, and Minor-5 – Report & Initial Forensic Interviews</u>:

Minor-3 and his mother immediately traveled to Minor-2's home to speak with FCSO Deputy Deweese. Upon arrival, Minor-3's mother informed Deputy Deweese

Deputy Deweese then spoke with Minor-3 about the incident.

6

7

<u>Minor-6</u>:

Following HANDY'S arrest, Minor-6 came forward with information

8

concerning HANDY.[2] Minor-6 advised FCSO Detective Vest that, when he was younger, HANDY made sexual advances towards him and, that on more than one occasion, HANDY masturbated in front of Minor-6 via Xbox Live gaming console webcam. Minor-6 explained that he played Xbox with Handy three or four times a week from 7th grade (2009-2010) to the beginning of 9th grade (Fall 2011). During this time, Minor-6 and HANDY communicated via Internet webcam calls using their Xbox gaming consoles. During these communications, HANDY disclosed that he was bi-sexual, complemented Minor-6 on his appearance, and stated that he found younger males attractive. Via the Xbox webcam, HANDY graphically expressed his desire to have sexual and oral intercourse with Minor-6. Minor-6 observed HANDY masturbate on webcam approximately ten times over a three-month period. Minor-6 recalled being thirteen or fourteen years of age at the time.

During these video calls, HANDY asked Minor-6 to remove his shirt and position himself so that HANDY could see him. HANDY also directed Minor-6 to moan sexually for HANDY while HANDY masturbated. Minor-6 stated that he observed HANDY masturbate to ejaculation. On one occasion, Minor-6 observed HANDY use a dildo on himself. Just prior, HANDY described how

_____

[2] Minor-6 is now an adult.

some young boys do not like to be penetrated and that they experiment with their own penetration with a dildo.

Minor-6 said HANDY was the first person with whom he ever engaged in any type of sexual conduct. Minor-6 stated that HANDY was controlling and prone to jealousy during their relationship. Minor-6 eventually became uncomfortable with the relationship and informed HANDY that he no longer wanted to interact with him.

Search Warrant:

On or about October 13, 2014, GCSO Detective Austin learned that HANDY'S parents had removed electronic items from his residence since his arrest.

On October 16, 2014, law enforcement obtained search warrants for HANDY'S parents' residence at 6900 Tulane Drive, High Point, North Carolina and HANDY'S residence at 2401 Dunbarton Drive, Greensboro, North Carolina. At HANDY'S parents' residence, law enforcement encountered HANDY'S parents and his sister, April Wilson. Upon being informed of the nature of the search warrant, HANDY'S father told law enforcement that the electronics removed from HANDY'S residence were being stored at April Wilson's residence up the street.

10

A FCSO detective accompanied April Wilson to her residence at 7002 Tulane Drive and obtained consent to seize HANDY'S electronic items from her home. One of the items seized was HANDY'S iPad. A family member provided law enforcement with the password to the iPad.

On October 30, 2014, Detective Austin applied for and obtained a search warrant authorizing the search of HANDY'S electronic devices.

<u>Interview of Minor-3 by FCSO Detective Vest</u>:

On February 10, 2015, FCSO Detective Vest interviewed Minor-3 and asked him to provide details about what happened at the                    Church

Forensic Analysis of iPad:

   In May 2015, GCSO Detective Allen Long reviewed HANDY'S iPad, labeled "Assembled in China." Both the "Find My Friends" and "Find My iPhone" application user accounts were associated with HANDY and listed his email address. On the iPad, Detective Long discovered twenty images of child

12

pornography that appeared to have been downloaded from the Internet.

Detective Long discovered all the child pornography files in a password-protected application called "Photo Vault."

13

14

<u>Dropbox</u>:

During his review of the iPad, Detective Long observed that HANDY was accessing a Dropbox account with his iPad and obtained a search warrant for the account. Dropbox records revealed the registered owner of the account to be "Jason Handy" and that he uploaded child pornography videos to the account between November 18, 2013 and January 27, 2014. HANDY'S Dropbox account contained eight child pornography videos.

In sum, between the iPad and Dropbox, HANDY possessed 14 videos and 22 images constituting child pornography.

15

16

17

18

19

20

This the 14th day of August, 2017.

Respectfully submitted,

SANDRA J. HAIRSTON
Acting United States Attorney


/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street
Greensboro, NC   27401
Phone:   336/332-6302

21

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    :      1:17CR297-1
                                         :
                  v.                 :
                                         :
JASON MICHAEL HANDY      :      REDACTED

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2017, the foregoing was electronically

filed with the Clerk of the Court using the CM/ECF system.   The undersigned

will email notification of such filing to the following:

John D. Bryson, Esq.


                          /S/ ERIC L. IVERSON
                          Assistant United States Attorney
                          NCSB #46703
                          United States Attorney's Office
                          Middle District of North Carolina
                          101 South Edgeworth Street
                          Greensboro, NC   27401
                          Phone:   336/332-6302